STATE OF OREGON,
*Respondent,*

*v.*

KELLY DEAN JORDAN,
*Appellant.*

(C92-07-33859; CA A78393)

871 P2d 507

David C. Degner, Deputy Public Defender, argued the cause for appellant. With him on the brief was Sally L. Avera, Public Defender.

Timothy A. Sylwester, Assistant Attorney General, argued the cause for respondent. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Before Rossman, Presiding Judge, and De Muniz and Leeson, Judges.

PER CURIAM

Affirmed. *State v. Doty,* 127 Or App 86, 870 P2d 868 (1994).